UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FERAY YUKSEKLAS, HAKAN HASKALP and
UNVER TURKMEN,
                      Plaintiffs,

        - against -                     Case No. 05cv1811 (ARR)(RML)

ASIN, INC., S.A.V. ASSOCIATES, INC., TURKUAZ      **STIPULATION OF**
FINE TURKISH CUISINE a/k/a/ TURKUAZ,              **VOLUNTARY DISMISSAL**
ALI COCAK, AHMET SURURI ATILGAN,
ILHAN CUBUKCUOGLU, JOHN DOE a/k/a NAM
and JOHN DOE CORPORATION, an individual and
a corporate entity not yet known to plaintiffs,

                      Defendants.
----------------------------------------------------------X

        WHEREAS the parties have reached an understanding with respect to disposing of the matter referred to herein; and therefore

        IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties herein that the above-entitled proceeding be, and the same hereby is withdrawn and dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without fees, costs, statutory damages and interest to any party as against the other.

Dated: New York, New York
       February 2, 2006

_____        _____
Robert Wisniewski, Esq. (RW5308)        Steven M. Coren, Esq (SC 8693)
Attorneys for Plaintiffs                             Coren & Associates, P.C.
225 Broadway - Suite 612                       Attorneys for Defendants
New York, NY 10007                                570 Lexington Avenue
(212) 267-2101                                         New York, New York 10022
                                                       (212) 371-5800

                                                       SO ORDERED.

                                                       _____ 5/10/06
                                                       United States District Judge

# ROBERT WISNIEWSKI & ASSOCIATES P.C.
ATTORNEYS-AT-LAW
225 BROADWAY, SUITE 612
NEW YORK, NY 10007

TEL: (212) 267-2101
FAX: (212) 587-8115

February 2, 2006

Hon. Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
   *VIA ECF*

Re: **Yuksekbas et al. v. Asin, Inc. et al.**
    **Docket No.: 05-cv-01881 (AAR)(RML)**

Dear Judge Ross:

Enclosed please find a Stipulation of Voluntary Dismissal executed by attorneys for all parties. We jointly request that you so order it.

Sincerely,

/s
Robert Wisniewski